IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Marvin Thompson )
_____ )
_____ )
_____ )
Plaintiff(s), )
) CIVIL ACTION NO.
v. )
Lieutenant Steven Woods ) 3:06CV160-WKW
Officer Larry Clark )
_____ )
_____ )
Defendant(s). )

RECEIVED
2006 FEB 22 A 9:57

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Lanett Police Department Lanett Alabama 36863  334 644 5222

2. Name and address of defendant(s): Lanett Police Department Lanett Alabama 36863  334-644 5222

3. Place of alleged violation of civil rights: At or near 16th CT Lanett Alabama 36863

4. Date of alleged violation of civil rights: ~~February~~ Nov 17th 2005 ~~Jan~~ Feb 4th 2006 February 3rd 2006

5. State the facts on which you base your allegation that your constitutional rights have been violated: Lt Woods and officer Clark did violate my constitutional rights by virtue of race profiling and stereotyping ~~to wit~~ 1) Violation of my IV Amendment rights by unlawful search and seizure of my person and vehicle. On 11/17/05 and 2/3/06 to include causing injury to my left hand causing nerve damage to ~~my~~ two fingers due to handcuffs and unreasonably prolonged sitting in police vehicle handcuffed behind my back while ~~also~~ searching my vehicle without consent or warrant of probable cause; and again harassing and citing me unlawfully Feb 3rd 2006

1

6. -Relief requested: ①That this Court would Investigate and subpoena all tickets, Arrests, incidents and disciplinary Action results arising from these officers especially (Lt Steven Woods) time in service as police officers, to establish ② racial profiling, stereotyping, Harrassments and disciplinary repremands; against the African american community including the Plaintiff, and provide all FOI Material to Plaintiff ② to find Defendants liable to Plaintiff for Injury Sustained by handcuffs. ③ to Pay Plaintiffs Medical Expenses, DR. visits loss of pay from Employment past and present at Plaintiffs pay rate from Feb 2006 to Date of Decision by the Court and until Plaintiff can be released to work by Physician.
-Cont-

Date: Feb 20th 2006

_Marvin Thompson_
Plaintiff(s) Signature

2

—CONT—
## Relief Requested

2/20/06

③ cont

That Lt. Steven Wood's be terminated from the Lanett Police Department and made to attend counseling for race discrimination and unlawful use of authority, and be made to reimburse any and all complaintants past and present, for the unlawful acts implemented by him towards African Americans and other people of color.

④ That punitive and compensatory Damages be assessed against the City of Lanett; to include all the authorities over Lt. Steven Woods and officer Larry Clark and Lt Steven Woods and officer Larry Clark individually for Plaintiffs pain and suffering, degradation, humiliation, embarrassment, etc for the sum of $750,000.00; to further deter the actions of any other Law Enforcement officer from racial profiling, stereo typing, Injuring, embarrassing or humiliating any other citizen, taxpaying or otherwise.

⑤ Plaintiff would respectfully request the right to reserve time to later submit and additional names for Co-defendants or Et.A.L defendants.

# LANIER
### Health Services

1655
1700 LOBBY
1800

**EMERGENCY ROOM • OUTPATIENT RECORD**

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | RACE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| B42754 | E/R | THOMPSON MARVIN C | 45 | B | M | D | 02/06/06 | 14:55 | KMP |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 2268 15TH AVE S | | LANETT | AL | 36863 | 334-576-6296 |

| PATIENT SSN | BIRTHDATE | PATIENT EMPLOYER | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 421921829 | 11/12/60 | LANETT MILL PLANT | PO BOX 370 LANE | 706-645-4709 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| | | 02/03/06 | ILLNESS |
| | | TIME 20:30 | EVENT LT HAND PA |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| THOMPSON MARVIN C | 2268 15TH AVE S | LANETT | AL | 36863 | 334-576-6296 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL. TELEPHONE |
|---|---|---|---|
| LANETT MILL PLANT | | PO BOX 370 LANE | 706-645-4709 |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 328862 | 09/22/91 | | 131891 | PERRONE RA/NO LOCAL M |

Arrival Time: _____ Time Seen: _____ Height: 10 Weight: 225

Allergies: NKA   Meds: NONE

CC:

PMH: ☐ CHF  ☐ CA   SH: Tobacco ☐
☐ HBP  ☐ CVA  ☐ OTHER      ETOH ☐
☐ DM   ☐ Asthma            Drugs ☐
☐ HxMI ☐ COPD  LMP ____

Physical Exam Time

☐ CBC     ☐ CHEM7    ☐ UA  ☐ C&S
WBC       Na
HgB       K
Hct       Cl
          CO2
          BUN
          Creatinine
          Glucose
☐ Chem 22
☐ ABG
pH
☐ EKG     pO2
☐ PT      pCO2
☐ Ptt     hCO3
☐ AMYLASE CO2
☐ QUICK STREP
☐ SED RATE Saturation
          ☐ CK wise

☐ TYPE & SCREEN        ☐ Serum Pregnancy
☐ TYPE & CROSS ___UNITS ☐ Urine Pregnancy
☐ PACKED CELLS         ☐ Hemoccult
                       ☐ GC cult
                       ☐ Vag cult
☐ OTHER MONITOR        ☐ Chl cult

RHYTHM 785
INTERPRETATION

Lt wrist Contusion

X-RAYS:
☐ CXR    ☐ SKULL  ☒ EXT   Lt wrist
☐ RIB    ☐ RIB
☐ KUB    ☐ C-SPINE
☐ CT              WITH
☐ IVP             W/O
☐ U/S ABD   GB   PELVIS

ca ca wrap - Lt wrt

CERTIFIED EMERGENCY
☐ YES   ☒ NO

SIGNATURE OF PHYSICIAN

TREATMENT: ☐ IV _____ • _____/hr.
☐ TPA PROTOCOL

ADMIT ☐   DC ☐   TRANSFER ☐
IMP ☐     STAB ☐  EXPIRED ☐

1805 Amb

INSTRUCTIONS TO PATIENT: 1) xraying need to be red.
2) c/o of pn if no 3-5

PHYSICIANS SIGNATURE _____ DATE 2-6-6
PATIENT SIGNATURE Marvin Thompson   DATE

## Emergency Department Patient Disposition

Discharge Date/Time: 1805 2/6/06   Condition: Stable   D/C'd To: ☑ Home ☐ Nursing Home ☐ Other: _____
Admitted to Room: _____   Method: amb   
Discharge VS: T ___ P ___ R ___ BP ___/___   Report Given To: _____   Date/Time: _____
Transferred To: _____   Outcome: _____
Receiving Facility House Supervisor called @ _____   Via: _____
MD Accepting Pt: _____   name: _____   Bed Available: ___
☐ Medication Samples Provided.   ☐ Education on sample medications provided by MD.   Report called to: _____
Information Sheet Provided   Amtusta pt ed sheet
Reviewed Rx/Med Teaching: Naprosyn + Medrol Dose Pack Rx's
☑ Verbalizes understanding of educational instructions
Discharge Instructions Given To: Pt   Follow-up MD: Meka
Referrals: ☐ Orthopedic Clinic ☐ Surgical Services ☐ Social Services ☐ Support Group ☐ Pastoral Care ☐ Patient Educator ☐ Dietician
☐ PT/OT ☐ DHR ☐ Other: _____
Valuables Returned: ☐ Watch ☐ Glasses/Contacts ☐ Wallet ☐ Dentures ☐ Ring ☐ Hearing Aid ☐ _____
Location of Valuables: ☐ Patient ☐ Family ☐ Safe

D/C Nurse Signature: _____
D/C Nurse Name (typed): Kahl RN
Pt Name: _____   Pt #: _____   MR #: _____   DOB: _____   Age: ___

B42754  RN-  131891  P/T-E/R
THOMPSON MARVIN C   M  45
2268 152M AVE SW   LANETT
PENROSE RA   NO LOCAL M   , AL
NO LOCAL M   02/06/06  B/D 11/12/60