IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN THOMPSON,             ) | |
| ) | |
| Plaintiff,          ) | |
| ) | |
| v.                           ) | CASE NO. 3:06-CV-160-WKW |
| ) | |
| STEVEN WOODS, *et al.*,      ) | |
| ) | |
| Defendant.        ) | |

## **ORDER**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Delores R. Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 28th day of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE