AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____  District of  _____ Alabama _____

Marvin Thompson
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

Steven Woods et al
Defendants

CASE NUMBER:    3:06cv160-WKW

TO: (Name and address of Defendant)

Larry Clark
Lanett Police Department
P.O. Box 290
Lanett, AL 36863

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marvin Thompson
2268 15th Avenue, S.W.
Lanett, AL 36863

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE    3/1/06

CLERK

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |
|--------|-------------|---------|

Marvin Thompson
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

Steven Woods et al
Defendants

CASE NUMBER:    3:06cv160-WKW

TO: (Name and address of Defendant)

Steven Woods
Lanett Police Department
P.O. Box 290
Lanett, AL 36863

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marvin Thompson
2268 15th Avenue, S.W.
Lanett, AL 36863

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

3 -/-06

DATE