**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Larry Clark
   Lanett Police Department
   P.O. Box 290
   Lanett, AL 36863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jamy Clark_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
JAmes Clark

C. Date of Delivery
3/3/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3:00 (3/3/0)-
S.C +0

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3465 1259

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Steven Woods
    Lanett Police Department
    P.O. Box 290
    Lanett, AL 36863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X James Clark
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): James Clark
C. Date of Delivery: 3/3/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:04 PM (3/3/2006)
   S. C &0

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3465 1266

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540