IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA - EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 3:06-CV-00160-WKW |
| STEVEN WOODS, Lt., and LARRY CLARK, Officer, | ) ) | |
| | ) | |
| Defendants. | ) | |

### JURY DEMAND

The Defendants, Steven Woods and Larry Clark, request a trial by struck jury.

Respectfully submitted,


 /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Above-named Defendant


OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, AL 36101
334-264-9472
334-264-9599

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was served upon the following on this the 22nd day of March, 2006 via United States Mail, postage prepaid:

Marvin Thompson
2268 15th Avenue, S.W.
Lanett, AL 36863


                                              /s/ T. Randall Lyons
                                              OF COUNSEL