IN THE United States District
Court for the Middle District of
Alabama Eastern Division

MARVIN Thompson )
Plaintiff )
) 3:06-cv-00160-WKW
v. )
)
Steven WOOD, Lieutenant )
and harry Clark officer )

RECEIVED
2006 APR 13 A 10 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

April 10th
2006

Defendant's

Motion for Extension
of time To
file response.

Comes now that the plaintiff Does Move upon this Most Honorable Court, to allow him 30 days to prepare his response to the Courts March 28th 2006 order. The Court has ordered the plaintiff to correct procedural and Jurisdictional deficiencies, and a reevaluation of the merits of this action. The plaintiff now states grounds to support his request. ① Plaintiff has not had access to the request letter and order until today 4/10/06. Plaintiff's court appointed attorney for his probation Revocation hearing MR Dori Bethel had plaintiff's legal folder since 4/4/06 the date when Plaintiff was in court ② Plaintiff has continually been incarcerated at the Montgomery City Jail without access to Pen, paper or case action information or legal consultation ability ③ Plaintiff has no means to copy or research legal Books or material pertinent to this action, also this incarceration is a direct action relating to Plaintiffs Complaint and some or Defendants false testimony caused Plaintiffs incarceration specifically Lt Steven Wood. therefore plaintiff prays that this Most honorable Court would consider plaintiff's further Pauper's status and reasons, and allow plaintiff to complete the necessary ordered information Done this 10th day of April 2006

Marvin Thompson