IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA - EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 3:06-CV-00160-WKW |
| STEVEN WOODS, Lt., and LARRY | ) | |
| CLARK, Officer, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANT'S RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

COME NOW the Defendants, Steven Woods and Larry Clark, by and through their
attorney of record, and responds to the Plaintiff's document entitled "Amended Complaint"
as follows:

Although the Plaintiff is very verbose in what is tilted an Amended Complaint, the
document still fails to state a claim upon which relief may be granted.

Further, the Plaintiff now appears to be adding new defendants to the lawsuit in what
appears to be the Chief of Police Ron Docimo and the City of Lanett, Alabama.

The Defendants, Wood and Clark, hereby respectfully request the Court to dismiss
the case as it fails to state a claim upon which relief may be granted even with the
allegations or facts as stated in the Plaintiff's alleged Amended Complaint.

Further, these Defendants would adopt their previously filed Answer and would
reserve the right to supplement this Answer if the Court finds that the Plaintiff's alleged
Amended Complaint is sufficient.

Respectfully submitted,


   /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Above-named Defendant


OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, AL 36101
334-264-9472
334-264-9599


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following on this the 20th day of April, 2006 via United States Mail, postage prepaid:

Marvin Thompson
2268 15th Avenue, S.W.
Lanett, AL 36863


   /s/ T. Randall Lyons
OF COUNSEL