RECEI[VED]

2006 APR 25

DEBRA P. HACKETT
U.S. DISTRICT
M[IDDLE DIST. ALA.]

| | |
|---|---|
| MARVIN Thompson<br>Plaintiff<br><br>Steven Wood, Lieutenant<br>Larry Clark, Officer, ETHL<br>Defendants. | 3:06-cv-00160-WKW<br><br>IN THE UNITED STATES District Court<br>FOR THE MIDDLE DISTRICT OF ALABAMA<br>EASTERN DIVISION<br><br>Motion TO Compel<br>Discovery |

Comes now that the above Styled Plaintiff (Marvin Thompson) Does Move upon this Honorable Court, to Compel Defendants or attorney for Defendants to produce and Send Plaintiff a Copy of the 32 Affirmative Defenses they have Submitted to this Most Honorable Court. Plaintiff bases his grounds for this Motion upon Federal Rules of Civil Procedure whereby anything Submitted to the Court in defense of defendants or as an attempt to establish a defense, whereby requesting compliance, from plaintiff accusing him of inadequacies or frivolousness, to include Claiming immunities, in defendant's responsive pleading to this Most Honorable Court does not afford Plaintiff with the Same opportunities to respond in the fullness of the order or amended Complaint or any future filings, this Most Honorable Court deems appropriate Should plaintiff's amended Complaint be permitted to Proceed.

Signed; Marvin Thompson

Done this 23rd Day of April 2006.

## Certificate of Service

| | |
|---|---|
| Marvin Thompson<br>   Plaintiff | In the UNITED STATES DISTRICT COURT<br>for the Middle DISTRICT OF ALABAMA<br>Eastern Division |
| Steven Wood, Lieutenant<br>Larry Clark, Officer, ETAL<br>   Defendants | 3:06-cv-00160-WKW |

I, MARVIN Thompson, do hereby certify that I have submitted this certificate of service by U.S. postal mail to the Clerk of Court, and I do hereby certify that the forgoing is true to the best of my ability, knowledge and belief.

Done This Day

April 23rd 2006

Signed: Marvin Thompson

MARVIN Thompson
Montgomery City Jail
P.O. Box 159 Dorm C-4
Montgomery Alabama,
36101