IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA - EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 3:06-CV-00160-WKW |
| STEVEN WOODS, Lt., and LARRY | ) | |
| CLARK, Officer, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO COMPEL DISCOVERY**

COME NOW the Defendants, Steven Woods and Larry Clark, by and through their

attorney of record, and responds to the Plaintiff's Motion to Compel Discovery as follows:

1.     This Defendant responded to the Plaintiff's original Complaint with an Answer,

which is attached hereto as Exhibit "A".  The Plaintiff to date has not submitted any

discovery to be responded to.

Counsel for the Defendant submitted this Answer and sent it by certificate of service

to Plaintiff at his place of residence.  However, counsel for the Defendant notes that his

place of residence now appears to be in the Montgomery City Jail and will send this

response to the Motion to Compel with a copy of the original Answer as well as the

Amended Answer to that address.

However, counsel for the Defendant would respectfully request the Plaintiff, as a

courtesy to defense counsel, to add defense counsel to the certificate of service, so it may

receive any and all pleadings in that all prior pleadings have not been served by certificate

of service to this counsel, but merely by the Court.

Respectfully submitted,

    /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Above-named Defendant

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, AL 36101
334-264-9472
334-264-9599

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following on this the 1st day of May, 2006 via United States Mail, postage prepaid:

Marvin Thompson
2268 15th Avenue, S.W.
Lanett, AL 36863

    /s/ T. Randall Lyons
OF COUNSEL