RECEIVED

2006 APR 28 A 10: 14

Civil Action No: 3:06-CV-00160-WKW

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA -
Eastern Division

MARVIN THOMPSON
    Plaintiff,

-V-

STEVEN WOOD Lt. and HARRY
CLARK officer, ETAL Defendants

Plaintiff's response to Defendants
Response To Plaintiff's Amended
Complaint.

COMES, NOW the PLAINTIFF, MARVIN THOMPSON, responds to the supposed response of the Defendants attorney of record T. RANDALL LYONS, while the Defendants Counsel states that plaintiff fails to state a claim upon which relief may be granted he on line (9) states that "even with allegations or facts as stated in the plaintiffs (alleged) Amended Complaint," whereby he does contradict himself. Plaintiff very meticulously and definitively stated and outlined the acts, omissions, and violations of the named defendants, and including supporting facts on how these issues not only stated claims for which relief should be granted but how also their immunities fail for the defendants when obvious willful malicious, knowing intent, and injury occur. Plaintiff prays that this Most Honorable Court will continue to review Plaintiffs complaint in this light and use her most capable discretion, that plaintiff has no doubt that she, possess's.

Respectfully Submitted
MARVIN Thompson
Plaintiff  _Marvin Thompson_

of Plaintiff. MARVIN Thompson
Montgomery City Jail (C-4)
P.O Box 159
Montgomery Ala, 36101

(Certificate of Service)

I do hereby Certify that the foregoing response to Defendants response filed on 4/20/06 is sent to the UNITED STATES District Court Clerk P.O Box 711 Montgomery Ala. 36101-0711 UNITED STATES postage prepaid.

Plaintiff requests that all Defendants future Certificates of Service reflect his current mailing address as stated in this response. Plaintiff swears that all information contained herein is given to the best of his information, knowledge and belief, and that he has no access to copies to forward to Defendants.