IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:06-cv-00160-WKW |
| | ) |
| STEVEN WOODS, *Lieutenant*, and | ) |
| LARRY CLARK, *Officer*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Plaintiff's *Motion to Compel Discovery* (Doc. 15, filed April 25, 2006) IS DENIED for the reason that no discovery has been authorized in this case. To the extent that the *Motion* seeks to discover the defendants' affirmative defenses, the court notes that the Defendants' *Response* filed May 1, 2006 (Doc. 16) references an intent to forward the Answer which sets forth such defenses to the Defendant at his apparently "present" residence in the Montgomery City Jail; the certificate of service, however, is for the initially stated address in Lanett, AL .

For good cause, it is further

**ORDERED** that the *pro se* plaintiff file NOTICE not later than May 11, 2006, stating precisely his current address and the expected duration of his residence at this address. Plaintiff is reminded of his duty to notify the Clerk promptly of all changes in his address. On this Notice and on every pleading filed with the court, the plaintiff is instructed of his duty to mail a copy to defense counsel, and to certify such mailing by listing the name and address of counsel, as follows, on the certificate of service: T. Randall Lyons; Webster, Henry, Lyons & White, P.C., P.O. Box 239,

Montgomery, AL 36101.

NO FURTHER PLEADINGS SHALL BE FILED IN THIS CASE PENDING AN APPROPRIATE ORDER FOLLOWING REVIEW BY THE COURT OF THE AMENDED COMPLAINT FILED April 18, 2006.

DONE this 2ND day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE