IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MARVIN Thompson
Plaintiff

STEVEN WOOD, Lieutenant, &
Larry Clark Officer
Defendants

3:06-cv-00160WKW

RECEIVED 2006 MAY -5 A 10:13

### Notice & Request for consideration of Plaintiff's circumstances.

Per the order of the Court this Notice goes forth as best that Plaintiff can comply, he does send notice that his residence is as he'd previously state the Montgomery City Jail P.O. Box 159 (Dorm 4) Montgomery Alabama 36101. Plaintiff gave the Court this information in his motion for continuance and gave the Court his reason that he was without his order from the Court requiring Plaintiff to amend his complaint. Plaintiff further stated that he did not have books or access to a copier and could not send copies of his certificates of service and he is limited to access of a pencil sharpener to write double copies of his filings. Plaintiff therefore prays that this Court would allow the Clerk of Court to send copies of his Certificate and filings to the Attorney for the Defendants. If this is not acceptable to the Court Plaintiff will try to send his pleadings out to his family and have them copy his filings and forward such filings to the Clerk of Court maybe causing some delay but yet he will be in compliance as best he can. Plaintiff awaits this Court's Response

Done this Day May 3rd 2006    Plaintiff has been given
Signed: Marvin Thompson.          no time frame for the
                                  length of time he will be
                                  at his present address.

## Certificate of Service

I do hereby Certify that a copy of this certificate of service is being sent to the Clerk of Court and that Plaintiff does submit this notice to the best of his ability knowledge and belief

Plaintiff
Marvin Thompson
Montgomery City Jail
P.O Box 159, Dorm C-4
Montgomery Alabama 36101

Attorney for the Defense
T. Randall Lyons, Webster,
Henry, Lyons + White,
P.C., P.O Box 239
Montgomery AL. 36101

Plaintiff does send stamped addressed envelope for submission of copies to Attorney for Defendant. This is the best that plaintiff can do in that this facility will not do copies for inmates. My requests have been ignored in the past which is why plaintiff requested hearing ensue.