

MARVIN Thompson.
   Plaintiff

)
)

RECEIVED

2006 JUL -7 A 10: 32

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CA # 3:06 aCV-160-WKW
(WO)

V.

)
)

Steven WOOD.
LARRY Clark , ETAL
   Defendants.

)
)
)
)
)

## Notice of Appeal

COMES NOW:

That the above named Plaintiff does file this notice of appeal from The final Judgement order issued and filed on 6/26/06, This notice has been timely filed and has been sent to the U.S. District Court Postage prepaid 1st Class U.S. Mail Service with an acompanied Certificate of service. Plaintiff Continues to be indigent and is Still filing his responses prose and without access to Copies to send to defendants, Counsel.

Dated: Done this Day
         July 5th 2006
Signed: Marvin Thompson.

Plaintiff Further States for the Record that he has been denied access to any Legal Reference Material that Could adequately have assited him in his Pleadings. or Could have aided him in researching The Affirmative defenses relied upon by the Def-or CourT.

## Certificate of Service

MARVIN Thompson
    Plaintiff

3:06-CV-160-WKW
(WO)

V.

Steven Wood
LARRY CLARK, eT, aL
    Defendants.

The Plaintiff Does hereby declare that this Certificate of Service has been sent to The U.S District Court Clerk. Postage prepaid 1st Class U.S. Mail for Copying and notification to the Counsel for the defendants a STAMped envelope has been Provided for that notification.

(of Counsel )(T. RANDALL Lyons)
webster Henry, Lyons + white P.C.
P.O Box 239
Montgomery, AL. 36101

(of Plaintiff )
MARVIN Thompson
Autauga County Jail
136 north CourT ST
Prattville, AlA 36067
DORM - 6 - 606

Done This Day, July 5th 2006
Signed: Marvin Thompson.