**Form 4.**

# Affidavit Accompanying Motion for
# Permission to Appeal In Forma Pauperis

United States District Court for the _Middle_ District of _Alabama_

**A. B., Plaintiff** _Marvin C Thompson_

**v.**                                                    Case No. _06-00160 CV-W-E_
                                                         _App # 06-13767-A_
**C. D., Defendant.** _Steven woods, Larry Clark, etal. Def._

---

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: _8/24/06_                    Signed: _Marvin Thompson_

---

My issues on appeal are:

1.  For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 450.00 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interests and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 157 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as Social Security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): _____ | $ 0 | $ | $ 0 | $ |
| **Total monthly income:** | $ 607 | $ | $ 0 | $ |

Rev.: 12/98

2. *List your employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| MBM trucking | Lagrange GA | May 03 Nov05 | 3,000.00 |
| B+J trucking | Lagrange GA | Feb 06  April06 | 1,000.00 |

3. *List your spouse's employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions.)*

4. *How much cash do you and your spouse have?*  $ ~~$~~ 20.06

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.*

**Home (Value)**

**Other Real Estate (Value)**

**Motor Vehicle #1 (Value)**
Make & Year: 1995 Pontiac
Model: Grand Prix
Registration #: unknown

**Other Assets(Value)**

**Other Assets (Value)**

**Motor Vehicle #2 (Value)**
Make & Year: 1974 ford 1
Model: Ford F100 pickup
Registration #: unknown

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | | |

7. *State the persons who rely on your or your spouse for support.*

| Name | Relationship | Age |
|------|-------------|-----|
| ~~Hethey~~ Johnnie R. Thomas | mother | 84 |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ 0 | $ |
|     Are real-estate taxes included? ☐ Yes ☐ No | $ 0 | $ |
|     Is property insurance included? ☐ Yes ☐ No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ |
|     Homeowner's or renter's | $ 0 | $ |
|     Life | $ 0 | $ |
|     Health | $ 0 | $ |
|     Motor Vehicle | $ 70 MO | $ |
|     Other: _____ | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ |
| Installment payments | $ 0 | $ |
|     Motor Vehicle | $ 0 | $ |
|     Credit card (name): _____ | $ 0 | $ |
|     Department store (name): _____ | $ 0 | $ |
|     Other: _____ | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): _____ | $ 0 | $ |
| **Total monthly expenses** | $ 70. MO | $ |

Rev.: 12/98

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes ☑ No        If yes, describe on an attached sheet.

10. *Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?*

   ☐ Yes ☑ No        If yes, how much: $ _____

   If yes, state the attorney's name, address, and telephone number:

11. *Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

   ☐ Yes ☑ No        If yes, how much? $ _____

   If yes, state the person's name, address, and telephone number:

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

   I am incarcerated I have been paying bills and upkeep for my myself + mother for over 3½ years I have filed Chapter 7 Bankruptcy over a year ago and am unemployed now.

13. *State the address of your legal residence.*

   2268 15th Ave S.W lanett Ala. 36863   94302-020
   But I am NOW AT FCI at Oakdale P.o Box 5000
   oakdale LA. 31463 Vernon A unit

   Your daytime phone number: ( ___ ) _____

   Your age: __45__        Your years of schooling: __14__

   Your Social Security number: __421 92 1829__

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

Rev.: 12/98

InmateStatementCombined

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 84302020 | Current Institution: Oakdale FCI |
| Inmate Name: | THOMPSON, MARVIN | Housing Unit: VERNON |
| Report Date: | 08 24 2006 | Living Quarters: V07-415L |
| Report Time: | 9:13:55 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OAK | 8/24/2006 6:16:26 AM | 33323406 | | | Western Union | $100.00 | | $100.32 |
| OAK | 8/17/2006 6:17:49 PM | ITS0817 | | | Phone Withdrawal | ($6.00) | | $0.32 |
| OAK | 8/16/2006 4:49:35 PM | ITS0816 | | | Phone Withdrawal | ($4.00) | | $6.32 |
| OAK | 8/15/2006 11:28:58 PM | ITS0815 | | | Phone Withdrawal | ($3.00) | | $10.32 |
| OAK | 8/15/2006 4:48:49 PM | ITS0815 | | | Phone Withdrawal | ($7.00) | | $13.32 |
| OAK | 8/14/2006 7:23:45 PM | ITS0814 | | | Phone Withdrawal | ($9.00) | | $20.32 |
| OAK | 8/14/2006 4:50:19 PM | ITS0814 | | | Phone Withdrawal | ($5.00) | | $29.32 |
| OAK | 8/12/2006 5:26:11 AM | TX081206 | | | Transfer - In from TRUFACS | $34.32 | | $34.32 |
| OAK | 7/25/2006 3:21:46 AM | TX072506 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| OAK | 5/13/2006 5:15:25 AM | TX051306 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |

**Total Transactions: 10**

| | | | |
|---|---|---|---|
| | Totals: | $100.32 | $0.00 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| OAK | $100.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.32 |
| **Totals:** | **$100.32** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$100.32** |

I've been incarcerated since April ④ 06 This is the only form I have access to I have not had over $500.00 in the past 4 Months while incarcerated. The letter from this Court was recieved on 8/22/06 my unit staff was not available to give me This printout until Today I complied as best I could