IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED
2007 JAN 22 A 10: 20
THOMAS K. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 1 9 2007
THOMAS K. KAHN
CLERK

No. 06-13767-A

MARVIN C. THOMPSON,

Plaintiff-Appellant,

versus

STEVEN WOODS,
Lieutenant,
LARRY CLARK,
Officer,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before   **BIRCH, CARNES and MARCUS, Circuit Judges.**

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's November 28, 2006, order

denying appellant's motion for leave to proceed on appeal. Upon reconsideration, appellant's

motion for leave to proceed on appeal is DENIED and the appeal is DISMISSED because it is

frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); see also Dalrymple v. Reno, 334 F.3d 991, 995 (11th

Cir. 2003); Walker v. Jones, 10 F.3d 1569, 1572 (11th Cir. 1994); Sammons v. Taylor, 967 F.2d

1533, 1544 (11th Cir. 1992).

Appellant's motion for appointment of counsel is DENIED AS MOOT.

2

A True Copy - Attested
Clerk U.S. Court of Appeals.
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia